UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HANDEL CLASSIUS BULGIN, <br><br> Petitioner, <br><br> v. <br><br> WILLIAM BARR, <br><br> Respondent. | CASE NO. C20-566-RSM-BAT <br><br> ORDER OF DISMISSAL |

On April 29, 2020, the Court ordered Petitioner to file an amended habeas petition within 14 days and notified him that failure to comply with this deadline would result in the immediate dismissal of this action without prejudice. Petitioner has not filed an amended petition. Accordingly, this action is DISMISSED without prejudice.

Dated this 2nd day of June, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1